730

Clarence R. LINCOLN, Respondent,

v.

DIRECTOR OF REVENUE, State
of Missouri, Appellant.

No. WD 48538.

Missouri Court of Appeals,
Western District.

March 28, 1995.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
James A. Chenault, III, Sp. Asst. Atty. Gen.,
Mo. Dept. of Revenue, Jefferson City, for
appellant.

James D. Boggs, Kansas City, for respondent.

Before ULRICH, P.J., and KENNEDY
and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from decision of the Circuit Court
of Platte County setting aside the Director's
suspension of driving privileges.

Affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Richard V. McCOOL, Appellant.

Richard V. McCOOL, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 46624, WD 49563.

Missouri Court of Appeals,
Western District.

March 28, 1995.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Joanne E. Beal, Asst. Atty. Gen., Jefferson
City, for respondent.

Before FENNER, C.J., and BERREY and
ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from conviction after trial by jury
of one count of forcible rape, section 566.030,
RSMo Cum.Supp.1990, and one count of
armed criminal action, section 571.015, RSMo
1989.

Judgment affirmed. Rule 84.16(b).